UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JILL HEGEL, )<br>    Plaintiff, )<br>                 )<br>VS.                )<br>                 )<br>CITY OF GLOUCESTER, )<br>    Defendant. ) | C.A. NO. _____ |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

      Petitioner, the City of Gloucester, respectfully petitioners this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Session, from the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County, and for the Notice of Removal state as follows:

      1.     Petitioner is named defendant by the plaintiff, Jill Hegel, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County entitled *Jill Hegel v. City of Gloucester*, Civil Action No. 1981-CV-03602. On August 2, 2021, the plaintiff served, under Superior Court Rule 9A, a Motion for Leave to File an Amended Complaint along with a proposed Amended Complaint pursuant to Mass.R.Civ.P. 15. (See Proposed Amended Complaint, attached hereto as Exhibit A). The Motion was filed on August 16, 2021. On August 17, 2021 the Middlesex Superior Court allowed the Motion for Leave to File an Amended Complaint. (See Order Allowing Motion for Leave to File an Amended Complaint, attached hereto as Exhibit B).

      2.     This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in Middlesex County, Massachusetts, and, accordingly, under 28 U.S.C. §§ 101

and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. In her Amended Complaint, the plaintiff now seeks damages and other relief alleging that defendant is liable to her under 42 U.S.C. §§ 12132 & 12202 by denying her access to a certain public beach within the City of Gloucester "by virtue of an allegedly significant disrepair and/or non-compliance with statutory handicap access codes."

4. Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

5. The United States District Court has supplemental jurisdiction over the other counts in the Amended Complaint pursuant to 28 U.S.C. § 1367(a).

6. The petitioners are filing this Notice of Removal within thirty (30) days of "after receipt by the defendant, through service or otherwise, of a copy of an amended pleading," which is within thirty days of the date this action became removable, and within the time for filing this petition. See 28 U.S.C. § 1446(b)(3).

7. The petitioner will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Middlesex.

8. Pursuant to Local Rule 81.1(a), the petitioner shall request of the Clerk of the Superior Court of Massachusetts, County of Middlesex, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, petitioner, City of Gloucester, prays that the above- entitled action now pending in the Middlesex Superior Court of the Commonwealth of Massachusetts in and for Middlesex County be removed from that Court to this United States District Court.

        The Defendant,

        CITY OF GLOUCESTER
        By its Attorneys,

        **PIERCE DAVIS & PERRITANO LLP**

        */s/ Justin L. Amos*
        _____
        John J. Cloherty, BBO #566522
        Justin L. Amos, BBO #697232
        10 Post Office Square, Suite 1100N
        Boston, MA 02109
        (617) 350-0950
        jclohertty@piercedavis.com
        jamos@piercedavis.com

Dated: August 17, 2021

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 17, 2021, a true copy of this document was served upon each attorney of record via first class and electronic mail as follows:

William Kennedy, Esq.
Christine M. McPhee, Esq.
Law Offices of William T. Kennedy, P.C.
21 McGrath Highway, Suite 404
Quincy, MA 02169-5311

              */s/ Justin L. Amos*

              _____

              Justin L. Amos